FILED 05 OCT '26 11:52 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

______________ DIVISION

Tracy Justin Cooke
*(Enter full name of plaintiff)*

Plaintiff,

v.

State of Oregon
Oregon State Hospital

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 6:26-CV-02061-MO
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☐ Yes ☒ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: Tracy Justin Cooke
Street Address: 2600 Center Street NE
City, State & Zip Code: Salem OR 97301
Telephone No.: NA

**Defendant No. 1**
Name: Oregon State Hospital
Street Address: 2600 Center St NE
City, State & Zip Code: Salem, OR 97301
Telephone No.: (503) 945-2800

**Defendant No. 2**
Name: ______________________
Street Address: ______________________
City, State & Zip Code: ______________________
Telephone No.: ______________________

**Defendant No. 3**
Name: ______________________
Street Address: ______________________
City, State & Zip Code: ______________________
Telephone No.: ______________________

**Defendant No. 4**
Name: ______________________
Street Address: ______________________
City, State & Zip Code: ______________________
Telephone No.: ______________________

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

My right to access the courts

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Based on a phone call in Dec 2025, Tracy Cooke was transferred to Oregon State Hospital where he had no access to the courts from 3/17/26 until 10/23/26. Tracy was given the name and number of an inactive lawyer in another court (Karmen). Tracy was given the name and number of his prosecutor (Cox). Tracy Cooke did mail these people and call + leave messages over 30 times until the mistake was discovered by Cooke who was then given the right contact info for his lawyer Quaranto.

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

**Claim III**

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

***(If you have additional claims, describe them on another piece of paper, using the same outline.)***

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes ☐ No

## V. RELIEF

*State* *briefly* *exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Open a case prosecuting Oregon for the worth of my life I was incarcerated and forgotten by the courts because of the errors of State Officials at work.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29th day of September, 2026.

[signature]

(Signature of Plaintiff)

Tracy J Cooke
2600 Center St NE
Salem OR 97301

PORTLAND OR RPDC 972
2 OCT 2026 PM 4

quadient
FIRST-CLASS MAIL
IMI
$000.78
09/30/2026 ZIP 97301
043M31228317
US POSTAGE

Legal

US District Court of Oregon
405 East 8th Ave #2100
Eugene, OR 97401

97401-270699